IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

Plaintiff,

vs.

CARLOS ALONZO-COC
                    Defendant.

8:26MJ30

ORDER ISSUED PURSUANT TO THE
DUE PROCESS PROTECTION ACT

This matter came before the Court for Initial Appearance on a Complaint.  The government was represented by Kim C. Bunjer.  The defendant was present and represented by Yvonne D. Sosa.

IT IS ORDERED:

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence as required by Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

DATED: January 30, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge